WATERFALLS PAPER MILLS V. BOSTON AND MAINE RAILROAD.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

MARIO MERENDI V. GENERAL CIGAR COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

FRANCIS W. MARSHALL V. UNITED STATES REVIEW CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Transfer Tax upon the Estate of MORTON WOLLMAN, Deceased. BANKERS TRUST COMPANY, Successor Trustee, etc., and Others. STATE TAX COMMISSION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title in Fee Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose to the Real Property Required for a Site for the Extension of the Ward's Island Sewage Treatment Works Known as Sunken Meadow Island in the Borough of Manhattan, City of New York. THE CITY OF NEW YORK. CHARLES H. JONES and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the Application of JOHN SEINFELD against HARRIS H. MURDOCK and Others.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

LOUDON MACNEILL MCLEAN and Others v. O'BRIEN-PADAWER, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

SARA H. RICE V. 494 CORP. and DANIEL REEVES, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ. [See post, p. 1075.]

THE PEOPLE ex rel. VANDERBILT AVENUE REALTY CORPORATION v. HENRY M. GOLDFOGLE and Others, as Commissioners of. Taxes and Assessments of the City of New York. (Taxes for Year 1928 — Lots 21, 30, 34.) THE PEOPLE ex rel. VANDERBILT AVENUE REALTY CORPORATION v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York. (Taxes for the Year 1930 — Lots 21, 30, 34.) THE PEOPLE ex rel. VANDERBILT AVENUE REALTY CORPORATION v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York. (Taxes for Year 1931 — Lots 21, 30, 34.) — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the Application of MANUFACTURERS CHEMICAL Co., INC., to Stay Proposed Arbitration with CASWELL, STRAUSS & Co., INC. MANUFACTURERS CHEMICAL Co., INC. CASWELL, STRAUSS & Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.